**Electronically Filed
Supreme Court
SCEC-20-0000507
28-OCT-2020
08:06 AM
Dkt. 79 ORD**

SCEC-20-0000507

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

BRIAN EVANS, Plaintiff,

vs.

KAIALIʻI (KAI) KAHELE, Defendant.

ORIGINAL PROCEEDING

ORDER DENYING RENEWED MOTION TO RECONSIDER JUDGMENT
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Ashford, assigned by reason of vacancy)

Upon consideration of the Renewed Motion to Reconsider

Judgment filed by Plaintiff Brian Evans, the papers in support,

and the records and files herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawaiʻi, October 28, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ James H. Ashford

